■ FRED FOGELMAN, Respondent, v CHARLES L. SELIG, Appellant, et al., Defendants.—Appeal by the defendant Charles Selig from an order of the Supreme Court, Nassau County, entered April 21, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Roberto at Special Term. Mangano, J. P., Niehoff, Weinstein and Kunzeman, JJ., concur.